IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVIVSION

| | | |
|---|---|---|
| KHANIS-ORION MORNINGSTAR<br>ADC #164590 | | PLAINTIFF |
| v. | No. 4:21-cv-607-DPM | |
| GARY M. ARNOLD, Judge, Arkansas<br>Supreme Court, *et al.* | | DEFENDANTS |
| | | |
| RICKY ASHLEY<br>ADC #099718C | | PLAINTIFF |
| v. | No. 4:21-cv-608-DPM | |
| GARY M. ARNOLD, Judge, Arkansas<br>Supreme Court, *et al.* | | DEFENDANTS |
| | | |
| KENNETH DORN<br>ADC #169545 | | PLAINTIFF |
| v. | No. 4:21-cv-609-DPM | |
| GARY M. ARNOLD, Judge, Arkansas<br>Supreme Court, *et al.* | | DEFENDANTS |

## ORDER

I am a named Defendant in these three related cases. *Doc. 1 at 1.* I therefore recuse. 28 U.S.C. § 455(b)(5)(i). The Clerk must reassign these cases at random by chip exchange.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 July 2021