## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KHANIS-ORION MORNINGSTAR**                                                                 **PLAINTIFF**
**ADC #164590**

v.                              **CASE NO. 4:21-CV-00607-BSM**

**GARY M. ARNOLD, *et al.***                                                                 **DEFENDANTS**

### <u>ORDER</u>

Khanis-Orion Morningstar's motion to dismiss [Doc. No. 2] is granted, and his case

is dismissed without prejudice.

IT IS SO ORDERED this 21st day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE