# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KHANIS-ORION MORNINGSTAR**                                           **PLAINTIFF**
**ADC #164590**

v.                  **CASE NO. 4:21-CV-00607-BSM**

**GARY M. ARNOLD,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of October, 2021.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE